UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BISMARK LITHGOW, on behalf of himself
and all others similarly situated,

       Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

       Defendants.

25-CV-4249 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

 Plaintiff Bismark Lithgow, proceeding *pro se,* filed this application seeking relief for an alleged violation of the consent decree entered in *Clarkson v. Goord*, No. 91-CV-1792 (CM) (S.D.N.Y. June 6, 1996), which relates to the treatment of deaf incarcerated individuals who are in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS").

 Plaintiff's application, titled as a "Verified Formal Complaint 'Consent Decree Violation,'" "requests that the o[m]bu[d]sman in the Clarkson Consent Decree, act on their behalf in this formal complaint, before filing individual and class action complaints and consent decree violations[.]" (ECF 1, at 1.) Because Plaintiff asserts that his submission concerns alleged violations of the consent decree entered in *Clarkson*, the Court concludes that Plaintiff's submission should be filed in the *Clarkson*, No. 91-CV-1792.

## CONCLUSION

 The Clerk of Court is directed to file the complaint (ECF No. 1) from the civil action under docket number 25-CV-4249 (LTS) as a "Verified Formal Complaint" in *Clarkson*, No. 91-

CV-1792 (CM). The Clerk of Court is further directed to close this action, No. 25-CV-4249 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 16, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge